**DISMISS; Opinion Filed August 2, 2013.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00738-CV

**WENDY EDMONDS, Appellant**
**V.**
**RIVERWALK APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02659-B**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Myers

By order dated July 12, 2013, the Court notified appellant that the trial court had sustained the Dallas County Clerk's contest to her affidavit of indigence. We ordered appellant to pay the $175 filing fee for the appeal by July 26, 2013, and we warned appellant that failure to pay the filing fee would result in dismissal of the appeal. *See* TEX. R. APP. P. 42.3(c). To date, appellant has neither paid the filing fee nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal.

/Lana Myers/
LANA MYERS
JUSTICE

130738F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WENDY EDMONDS, Appellant

No. 05-13-00738-CV      V.

RIVERWALK APARTMENTS, Appellee

On Appeal from the County Court at Law No. 2, Dallas County, Texas
Trial Court Cause No. CC-13-02659-B.
Opinion delivered by Justice Myers, Justices Lang and Evans participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee Riverwalk Apartments recover its costs of this appeal, if any, from appellant Wendy Edmonds.

Judgment entered this 2nd day of August, 2013.

/Lana Myers/
LANA MYERS
JUSTICE